IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THOMAS A. SIMONIAN,                    )
                                       )
            Plaintiff,                 )
                                       )
      v.                               )      No.  10 C 1297
                                       )
MERCK & CO., INC., et al.,             )
                                       )
            Defendants.                )

MEMORANDUM ORDER

On June 25, 2010 counsel for relator plaintiff Thomas
Simonian ("Simonian") presented a motion for leave to file a
First Amended Complaint ("FAC") in this action that charges false
patent marking in violation of 35 U.S.C. §292(a).  At that time
this Court pointed out a flawed aspect of Simonian's allegations
that was highlighted by the recent decision of the Court of
Appeals for the Federal Circuit in Pequignot v. Solo Cup Co.,
2010 U.S.L.W. 2346649 (Fed. Cir. June 10), so that the proposed
FAC needed modification in that respect.

Although Simonian's counsel swiftly (on the same day)
provided a revised version of the proposed FAC, that filing made
an appropriate change in FAC ¶17 but failed (no doubt
inadvertently) to catch the need for a corresponding revision in
FAC ¶2.  Accordingly Simonian's counsel is ordered to file an
amendment to the FAC[1] that revises the third and fourth sentences

_____

[1]  Under the circumstances, there is no need to reinvent the
wheel by filing a fully self-contained pleading.

of FAC ¶2 to read:

> As alleged in Paragraph 17, Relator believes that
> Defendant marks the packaging of certain of its
> pharmaceutical products with the --- Patent with the
> intent to deceive the public and to gain a competitive
> advantage in the market.

_____
Milton I. Shadur
Senior United States District Judge

Date:  June 28, 2010